1  Enzo Der Boghossian (SBN 211351)
   ederboghossian@proskauer.com
2  Susan L. Gutierrez (SBN 273980)
   sgutierrez@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, Suite 3200
4  Los Angeles, CA 90067-3206
   Telephone:  (310) 557-2900
5  Facsimile:   (310) 557-2193

6  Attorneys for Defendant,
   *McDonald's Restaurants of California, Inc.*
7

8               **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | Monica Corona, an individual, | Case No.  2:14-cv-9890 |
   | Plaintiff, | (Los Angeles County Superior Court Case No. BC565407) |
   | v. | **DEFENDANT MCDONALD'S RESTAURANTS OF CALIFORNIA, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** |
   | McDonald's Restaurants of California, Inc., a California Corporation, dba as McDonald's; and DOES 1 through 50, inclusive, | |
   | Defendants. | [28 U.S.C. § 1441(a)] |

NOTICE OF REMOVAL

1 | TO THE CLERK OF THE ABOVE-TITLED COURT:

2     PLEASE TAKE NOTICE that defendant McDonald's Restaurants of California, Inc. ("McDonald's"), by and through its undersigned counsel, hereby removes to this Court the state court action described below:

    1. On December 2, 2014, Plaintiff Monica Corona commenced an action against McDonald's in the Superior Court of the State of California, County of Los Angeles, entitled *Corona v. McDonald's Restaurants of California, Inc.*, Case No. BC565407 (the "Action"). (Declaration of Enzo Der Boghossian ("Der Boghossian Decl.") ¶ 2.)

    2. On December 3, 2014, McDonald's was served with a copy of the Summons and Complaint. (Der Boghossian Decl. ¶ 3, Ex. A (Summons and Complaint).)

    3. On December 29, 2014 McDonald's filed an Answer to the Complaint in the Los Angeles County Superior Court, and served a copy upon Plaintiff the same day. (Der Boghossian Decl. ¶ 4, Ex. B.)

    4. This Notice of Removal is being filed within 30 days of the date McDonald's was served with the Summons and Complaint. Thus, it is timely pursuant to 28 U.S.C. § 1446(b). (*See* Der Boghossian Decl. ¶ 3.)

    5. Notice of this removal is being given both to the adverse party and to the state court pursuant to 28 U.S.C. § 1446(d). (Der Boghossian Decl. ¶¶ 5-6, Ex. C (Notice to Adverse Party) & Ex. D (Notice to State Court of Removal).)

    6. As set forth in the Notice of Related Cases filed concurrently herewith, there are no related cases in this action.

## JURISDICTION AND VENUE
### (28 U.S.C. § 1331, 1441, 1446)

    7. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446 because it arises under

1. federal law, specifically, the Family and Medical Leave Act, 29 U.S.C. §§ 2601-54 (*see* Der Boghossian ¶ 3, Ex. A at ¶¶ 1, 5-7 (Complaint).)

8. Upon information and belief, Plaintiff is, and at all times material to this action was, a resident in the State of California, County of Los Angeles. (Declaration of Lupe Lopez ("Lopez Decl.") ¶ 2.)

9. McDonald's is, and at all times material to this action was, a company incorporated in the State of California with a principal place of business in Los Angeles, California. (Lopez Decl. ¶ 3.)

10. The Complaint alleges that McDonald's employed Plaintiff in the County of Los Angeles, and that the acts complained of occurred in the County of Los Angeles. (Der Boghossian Decl. ¶ 3, Ex. A at ¶ 6 (Complaint).) Therefore, venue is proper in this Court. 28 U.S.C. §§ 84(c), 1391.

11. By filing this Notice, McDonald's does not waive any rights or defenses that may be available to it, and expressly reserves the right to amend and/or supplement this Notice.

WHEREFORE, McDonald's hereby provides notice that case number BC565407 be removed from the Superior Court of the State of California for the County of Los Angeles to this Court for all further proceedings.

Dated: December 30, 2014

PROSKAUER ROSE LLP
Enzo Der Boghossian
Susan L. Gutierrez

By   /s/ Enzo Der Boghossian
     Enzo Der Boghossian

Attorneys for Defendant,
*McDonald's Restaurants of California, Inc.*