| | |
|---|---|
| 1 | Enzo Der Boghossian (SBN 211351) |
| 2 | ederboghossian@proskauer.com<br>Susan L. Gutierrez (SBN 273980) |
| 3 | sgutierrez@proskauer.com<br>PROSKAUER ROSE LLP |
| 4 | 2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206 |
| 5 | Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193 |
| 6 | Attorneys for Defendant, |
| 7 | *McDonald's Restaurants of California, Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Monica Corona, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>McDonald's Restaurants of California, Inc., a California Corporation, dba as McDonald's; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No.　2:14-cv-9890<br><br>(Los Angeles County Superior Court Case No. BC565407)<br><br>**DEFENDANT MCDONALD'S RESTAURANTS OF CALIFORNIA, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES OR PERSONS**<br><br>[L.R. 7.1-1] |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES OR PERSONS

TO THE COURT AND ALL PARTIES OF RECORD:

    Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Defendant McDonald's Restaurants of California, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection |
| --- | --- |
| Monica Corona | Named Plaintiff |
| McDonald's Restaurants of California, Inc. | Named Defendant |
| McDonald's USA, LLC | Parent of Named Defendant |

Dated: December 30, 2014

PROSKAUER ROSE LLP
Enzo Der Boghossian
Susan L. Gutierrez

By    /s/ Enzo Der Boghossian
           Enzo Der Boghossian

Attorneys for Defendant,
*McDonald's Restaurants of California, Inc.*