| | |
|---|---|
| 1 | Omid Nosrati, Esq. (SBN 216350) |
| 2 | THE LAW OFFICE OF OMID NOSRATI<br>1875 Century Park East, 6th Floor<br>Los Angeles, CA 90067 |
| 3 | Tel: (310) 553-5630<br>Fax: (310) 553-5691 |
| 4 | Email: omid@nosratilaw.com |
| 5 | Edwin Pairavi, Esq. (SBN 257290)<br>PAIRAVI LAW, P.C. |
| 6 | 1875 Century Park East, Suite 1025<br>Los Angeles, CA 90067 |
| 7 | Tel: (310) 789-2063<br>Fax: (310) 789-2064 |
| 8 | Email: Edwin@PairaviLaw.com |
| 9 | Attorneys for Plaintiff<br>*Monica Corona* |
| 10 | Enzo Der Boghossian (SBN 211351) |
| 11 | ederboghossian@proskauer.com<br>Susan L. Gutierrez (SBN 273980) |
| 12 | sgutierrez@proskauer.com<br>PROSKAUER ROSE LLP |
| 13 | 2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206 |
| 14 | Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193 |
| 15 | |
| 16 | Nigel F. Telman (*pro hac vice*)<br>ntelman@proskauer.com |
| 17 | PROSKAUER ROSE LLP<br>70 West Madison, Suit 3800 |
| 18 | Chicago, IL 60602-4342<br>Telephone: (312) 962-3548 |
| 19 | Facsimile: (312) 962-3551 |
| 20 | Attorneys for Defendant,<br>*McDonald's Restaurants of California, Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Monica Corona, an individual,<br>　　　　　Plaintiff,<br>　　v.<br>McDonald's Restaurants of California, Inc., and Does 1 through 50, inclusive,<br>　　　　　Defendants. | Case No. 2:14-cv-09890-FMO<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Action Filed: December 2, 2014<br>Judge: Hon. Fernando M. Olguin |

Error! Unknown document property

1  Plaintiff Monica Corona ("Plaintiff") and defendant McDonald's Restaurants
2  of California, Inc. ("McDonald's"), through their undersigned counsel, stipulate to
3  the dismissal against McDonald's of the entire action with prejudice.  Pursuant to
4  Rule 41(a)(1)(A)(ii), Plaintiff, for her part, consents to the dismissal of McDonald's
5  with prejudice.  All parties further stipulate that Plaintiff and McDonald's shall each
6  bear their own respective costs and attorneys' fees.

Dated: September 15, 2015          LAW OFFICE OF OMID NOSRATI
                                   Omid Nosrati

                                   By        //s//
                                        Omid Nosrati

                                   Attorneys for Plaintiff *Monica Corona*

Dated: September 15, 2015          PAIRAVI LAW, P.C.
                                   Edwin Pairavi
                                   Saradin Chhim

                                   By        //s//
                                        Edwin Pairavi

                                   Attorneys for Plaintiff *Monica Corona*

Dated: September 15, 2015          PROSKAUER ROSE LLP
                                   Nigel F. Telman
                                   Enzo Der Boghossian
                                   Susan L. Gutierrez

                                   By        //s//
                                        Susan L. Gutierrez

                                   Attorneys for Defendant,
                                   *McDonald's Restaurants of California, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 15, 2015, I served a true and correct copy of the foregoing **JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO RULE 41(a) (1)(A)(ii),** on the following attorneys as follows:

| | |
|---|---|
| Enzo Der Boghassian<br>Susan L. Gutierrez<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angles, CA 90067 | Omid Nosrati<br>LAW OFFICES OF OMID NOSRATI<br>1875 Century Park East, 6th Floor<br>Los Angles, CA 90067 |

by the following indicated method or methods:

__XXX__   BY MAIL: I caused a true and correct copy of the document described herein to be enclosed in a sealed envelope address to the above.

_____   BY FAX: I caused a true and correct copy to be transmitted via fax to the following number:_____.

__XXX__   BY CM/ECF SYSTEM: by transmitting full, true and correct copies thereof to the attorneys through the court's CM/ECF system on the date set forth below.

_____   BY FEDERAL EXPRESS OVERNIGHT DELIVERY: I caused a true and correct copy of the document described to be to be enclosed in a sealed envelope address to the above, with FEDERAL EXPRESS. to the person named above.

Executed this __15th__ day of September, 2015 in the City and County of Los Angeles, State of California.

_____
Edwin Pairavi